ACCEPTED
01-14-00535-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 8:45:56 AM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00535-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/22/2015 8:45:56 AM

CHRISTOPHER A. PRINE
Clerk

---

**GREGORY R. MATTOX AND BARBARA WILKERSON,**
Appellants

v.

**GRIMES COUNTY COMMISSIONERS' COURT,**
Appellee

---

Appeal from the 506th District Court of
Grimes County, Texas;
Cause No. 32,015

---

**ATTORNEY FOR APPELLEE PRESENTING ORAL ARGUMENT**

---

**Attorney for Appellee:**
Jon C. Fultz
SBN: 24009516
382 FM 149 West
Anderson, Texas 77830
Telephone: (936) 873-6455
Facsimile: (936) 873-6457
jon.fultz@co.grimes.tx.us

TO THE HONORABLE FIRST COURT OF APPEALS:

Jon C. Fultz, Attorney for Appellee, Grimes County Commissioners' Court, will present the oral argument on June 3, 2015 on Appellee's behalf.

RESPECTFULLY SUBMITTED,

/s/ Jon C. Fultz
Jon C. Fultz
Grimes County Attorney
Attorney for Appellee
S.B.N.: 24009516
382 FM 149 West
Anderson, TX 77830
Tel: (936) 873-6455
Fax: (936) 873-6457
jon.fultz@co.grimes.tx.us

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded via electronic service to Gary Leonard, counsel for Appellants, on this 22nd day of May, 2015.

/s/ Jon C. Fultz
Jon C. Fultz
Attorney for Appellee